UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

FRANK "NITTY" SENSABAUGH,

    Plaintiff,

v.                                      Case No. 20-CV-1502

MICHAEL KRZNARICH, *et al.*,

    Defendants.

___

## NOTICE OF APPEARANCE
___

    PLEASE TAKE NOTICE that the undersigned, being duly admitted and authorized to practice before this Court, hereby appears as counsel of record for defendants, Michael Krznarich, Sarah Byers, Corie Richardson, Brandon Rogers, Daniel Humphreys, Steven Haw, Tricia Carlson, and Milwaukee County.

    Dated at Milwaukee, Wisconsin this 28th day of September, 2020.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Attorneys for Defendants*