UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

FRANK "NITTY" SENSABAUGH,

    Plaintiff,

v.                                        Case No. 20-CV-1502

MICHAEL KRZNARICH, *et al.*,

    Defendants.

_____

## DISCLOSURE STATEMENT
_____

      The undersigned, as counsel of record for defendants, Michael Krznarich, Sarah Byers, Corie Richardson, Brandon Rogers, Daniel Humphreys, Steven Haw, Tricia Carlson, and Milwaukee County, provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorney represents in this matter:

   Michael Krznarich
   Sarah Byers
   Corie Richardson
   Brandon Rogers
   Daniel Humphreys
   Steven Haw
   Tricia Carlson
   Milwaukee County

2. Parent corporations and stockholders:

   a. Parent corporations, if any:

   Not applicable.

   b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

   Not applicable.

2. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

   Hansen Reynolds LLC
   Emile Banks & Associates, LLC

Dated at Milwaukee, Wisconsin this 28th day of September, 2020.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Attorneys for Defendants*

**EMILE BANKS & ASSOCIATES, LLC**

/s/ Emile H. Banks, Jr.
Emile H. Banks, Jr.
1200 North Mayfair Road, Suite 290
Milwaukee, Wisconsin 53226
(414) 777-0000 (phone)
(414) 777-0090 (fax)
emile@emilebankslaw.com