UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

FRANK SENSABAUGH,

    Plaintiff,

Case No. 2:20-cv-01502

v.

MICHAEL KRZNARICH, et al.,

    Defendants.

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

NOW COMES Attorney William F. Sulton and moves the Court for an order permitting him to withdraw as counsel of record for the Plaintiff. The law firm of GINGRAS THOMSEN & WACHS LLP will continue as counsel of record for the Plaintiff. If the Court grant's this motion, please remove Attorney Sulton from the Court's distribution list.

Dated at THE SULTON LAW FIRM LLC in Milwaukee, Wisconsin, on this 10th day of September, 2021.

*/s/ William F. Sulton*
WILLIAM F. SULTON

THE SULTON LAW FIRM LLC
2745 N Martin Luther King, Jr. Dr
Suite 202
Milwaukee, WI 53212
414-477-0088
william.sulton@sultonlaw.com